# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BRANDY MARTINEZ SMITH, | |
| Plaintiff, | |
| v. | 1:04-cv-1002-WSD-CCH |
| RICARDO B. AKSTEIN, M.D., and AKSTEIN EYE CENTER, P.C., | |
| Defendant. | |

## ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Hagy [75]. Because no objections to the Report and Recommendation have been filed, the Court must conduct a plain error review of the record. United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), cert. denied, 464 U.S. 1050 (1984). After careful review, the Court finds no plain error in the Magistrate Judge's factual or legal conclusions.

Accordingly,

**IT IS HEREBY ORDERED** that the Court **ADOPTS AS ITS ORDER** the Magistrate Judge's Report and Recommendation. Defendants' Motion for

Partial Summary Judgment [50] is **GRANTED IN PART** and **DENIED IN PART**.

Defendants' motion is **GRANTED** as to (i) all Title VII claims against Dr. Akstein; (ii) Title VII claims for constructive discharge sexual harassment, constructive discharge gender discrimination and gender discrimination against Defendant Akstein Eye Center, P.C.; and (iii) state-law claims for intentional infliction of emotional distress and failure to maintain a safe working environment against both Defendants.  Defendants' motion is **DENIED** with respect to Plaintiff's claim for hostile work environment against Defendant Akstein Eye Center, P.C. Accordingly, Counts I, II, IV, V and VI of Plaintiff's Complaint are **DISMISSED** as to both Defendants and Count III is **DISMISSED** as to Defendant Ricardo B. Akstein only.

 **SO ORDERED**, this 30th day of December, 2005.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE